# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

NICHOLE L. RICHARDS,                          )
                                              )
                      Plaintiff,               )
                                              )
                  v.                       )    No. 1:17-cv-00409-TWP-MPB
                                              )
PAR, INC. and LAWRENCE TOWING, LLC,           )
                                              )
                  Defendants.              )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Defendants PAR, Inc. and Lawrence Towing, LLC. and against Plaintiff Nichole Richards. This action is **TERMINATED**.

**IT IS SO ORDERED.**

Date:         7/16/2018

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Gregory M. Bokota
Garan Lucow Miller P.C.
GBokota@garanlucow.com

Robert E. Duff
INDIANA CONSUMER LAW GROUP
robert@robertdufflaw.com

Courtney A. Krause
GARAN LUCOW MILLER, P.C.
ckrause@garanlucow.com

Nicholas Knowlson Rohner
WELTMAN WEINBERG & REIS LPA
nrohner@weltman.com