UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLE L. RICHARDS,<br><br>                     Plaintiff,<br><br>v.<br><br>PAR, INC., and LAWRENCE TOWING, LLC,<br><br>                     Defendants. | CASE NO.:  1:17-cv-00409-TWP-MPB |

### AFFIDAVIT OF ROBERT E. DUFF

I, Robert E. Duff, for my Affidavit, state as follows:

### General Background

1. My name is Robert E. Duff, and I am at least 18 years of age and competent to make this affidavit.

2. I am an attorney admitted to the bar of the State of Indiana, am in good standing, and my attorney number is 16392-06.

3. I was admitted to the bar of the State of Indiana in 1992 and have practiced law continuously for over twenty-nine years.

4. In addition to the bar of the State of Indiana, I am also admitted to practice in the United States District Courts for the Northern and Southern Districts of Indiana, Western District of Wisconsin, District of Minnesota, Eastern District of Michigan, Western District of Kentucky, Northern and Southern Districts of Ohio, Central and Northern Districts of Illinois and the United States Courts of Appeal for the Sixth and Seventh Circuits.

Exhibit 1

5. I founded the Indiana Consumer Law Group in March 2007. It is the only private Indiana-based law firm, of which I am aware, that focuses exclusively on consumer law litigation on behalf of Indiana consumers.

6. Prior to founding my law firm, I clerked for a U.S. Magistrate Judge, clerked for a Judge on the Indiana Court of Appeals, worked in the Indiana Attorney General's tort litigation section and worked as a litigation associate at large and small Indianapolis law firms.

7. I have twenty-six years of litigation experience and twenty-one years of experience litigating consumer law cases; prior to founding the Indiana Consumer Law Group, I litigated consumer law cases on behalf of defendants like Wal-Mart and automakers Ford, Mitsubishi, and Toyota in Indiana state court and on behalf of credit reporting agency TransUnion in Federal courts all over the Midwest.

8. Since 2007, I have been a member of the National Association of Consumer Advocates (NACA). I have attended many national (multi-day in-person and one-hour webinars) seminars on the practice of consumer law put on by NACA and the National Consumer Law Center, including numerous presentations on the Fair Debt Collection Practices Act (FDCPA).

9. I have made numerous national and local CLE presentations on the FDCPA and other areas of consumer law.

10. The Indiana Consumer Law Group functions as a private attorney general of sorts by assisting consumers in enforcing their rights under various state and federal consumer statutes and by holding businesses accountable for violations of those consumer statutes. By exposing and punishing unfair and deceptive conduct in the

market place, and thus giving businesses the opportunity and incentive to reform such conduct, honest businesses and the public at large benefit in addition to individual clients.

11. I have litigated hundreds of consumer cases in Federal courts in the Northern and Southern Districts of Indiana and throughout the Midwest.

12. Since March, 2007, I have filed and litigated more than 190 individual and class FDCPA lawsuits in state and federal court—most in federal court as sole counsel for the plaintiff. A non-exhaustive list of individual cases is attached as Exhibit A.

13. I have litigated hundreds of other consumer cases in Indiana state courts all over the state.

14. I have prosecuted multiple appeals, and argued multiple times, before the United States Court of Appeals for the Seventh Circuit, the Indiana Supreme Court and the Indiana Court of Appeals.

15. I am regularly consulted by both television and print media in Indianapolis as a consumer law expert.

16. I have been certified as lead or co-lead counsel in both national and Indiana consumer class actions.

17. In 2019 and 2020, I was the only lawyer in the State of Indiana listed by Super Lawyers® under the "Consumer Law" practice area. In 2021, I was one of two such lawyers.

18. I am regularly asked to provide my opinion, by both live testimony and affidavit, as to the reasonableness of the hourly rate of other consumer law attorneys in the State of Indiana and the reasonableness of the total fees they are seeking.

## **Hourly Rate**

19. Since approximately February 1, 2008, I have as many consumer law cases as I can reasonably handle and often must turn down viable cases because of my full caseload.

20. Therefore, any case that I take or assist with, including this one, limits my ability to take or assist with other cases.

21. My hourly billing rate is $445 per hour and has been since January 1, 2020.

22. My prior hourly billing rate was $395 per hour from January 1, 2017, to December 31, 2019.

23. My hourly rate is reasonable in light of my now twenty-six years of litigation experience, extensive experience and specialization in consumer law and the demand for my services statewide.

24. My hourly rate of $445 per hour is my standard hourly rate for cases involving consumer law and is the rate I charge clients who pay for my services by the hour because there is either no opportunity for fee-shifting in that representation or I was not willing to take the case on a contingent basis. Several examples include (initials redacted for privacy concerns):

    a. Representation of (current) clients ██. and ██ in the defense of a foreclosure lawsuit with counterclaims, including under the FDCPA ($445/hr.);

    b. Representation of (former) client ██. in the defense of a defamation lawsuit ($395/hr.);

    c.  Representation of (former) client ██ in a lawsuit involving claims of constructive fraud and violation of the Deceptive Consumer Sales Act and Magnuson-Moss Warranty Act over the purchase of a defective recreational vehicle ($395/hr.); and

    d.  Representation of (former) client ██ in an FDCPA lawsuit in which ██ decided to accept a settlement offer that did not include attorney fees and paid for my time out of her own pocket (at $395/hr.).

25. The amounts paid for these representations are not de minimis, which shows that $445 per hour is truly the worth of my services in the marketplace. *See Tolentino v. Friedman*, 46 F.3d 645, 653 (7th Cir. 1995) ("Paying counsel in FDCPA cases at rates lower than those they can obtain in the marketplace is inconsistent with the congressional desire to enforce the FDCPA through private actions, and therefore misapplies the law.").

26. Most if not all of the cases listed at Exhibit A that were settled between January 1, 2017, and December 31, 2019, were settled with the defendant paying my hourly rate of $395 per hour (the cases cannot be specifically identified because the settlements were all, or almost all, confidential).

27. Most if not all of the cases listed at Exhibit A that were settled between January 1, 2020, and the present were settled with the defendant paying my hourly rate of $445 per hour (the cases cannot be specifically identified because the settlements were all, or almost all, confidential).

28. I believe the hourly rate sought by my co-counsel in this case, Duran Keller, is reasonable based on his skill and reputation as a trial lawyer. Mr. Keller is a

knowledgeable consumer law attorney but his abilities at trial set him apart from most consumer lawyers and indeed most lawyers and bring significant value to his clients and the cases in which he is involved and this warrants his $400 hourly rate.

### Time Expended

29. I have represented Ms. Richards in this case since it was filed on February 9, 2017.

30. Although I regularly have handled appeals before the Seventh Circuit, I sought the assistance of Attorney Rosenbaum with the appeal in this case because of the importance of the issues on appeal, the nationwide implications it would have to the FDCPA, repossessions and consumer law and her expertise in consumer law Federal appellate litigation.

31. While I have tried many cases in the past by myself, I have come to believe that my clients are best served by having two lawyers at trial. Attorney Keller is a skilled trial lawyer who I brought on in this case to help me try it.

32. I believe the time spent by Attorneys Rosenbaum and Keller was reasonable and necessary to the successful result on appeal and at trial.

33. As of December 29, 2021, I have spent a total of 308.7 hours representing Ms. Richards in this matter.

34. A copy of my contemporaneously-recorded timesheet (with attorney-client privileged and work product redacted) is attached hereto as Exhibit B.

35. I have had and will have additional time related to post-trial proceedings.

36. The foregoing time was reasonable and necessary in prosecuting this matter against the Defendants and successfully taking the case to trial.

37. Not all the time I spent on this case was billed. I regularly exercised billing discretion and did not bill for any time that I would not expect any client of mine to pay out of their own pocket.

38. In determining a reasonable attorney fee award, the United States Supreme Court has stated: "The result is what matters." *Hensley v. Eckerhart*, 461 U.S. 424, 435, 103 S. Ct. 1933, 1940 (1983). The "results obtained" is the primary factor to consider in determining a reasonable fee award. "Where a plaintiff has obtained excellent results, his attorney should recover a fully compensatory fee. Normally this will encompass all hours reasonably expended on the litigation. . ." *Id.*

39. I believe the results here were excellent. Plaintiff prevailed on all counts at trial and the jury awarded the damages to which she was entitled. Further, as explained below, the damages awarded by the jury were significantly more than Defendants offered Plaintiff to settle this matter.

40. The significant attorney fees incurred by Plaintiff in this matter have not been at her choosing. Defendants never made a reasonable settlement offer. Defendants offered to settle for $3,000 (inclusive of attorney fees and costs) on November 28, 2017. Defendants offered to settle for $3,000 (inclusive of attorney fees and costs) and waive the deficiency on January 30, 2018. And Defendants offered to settle for $10,000 (inclusive of attorney fees and costs) on August 26, 2020. Plaintiff's attorney fees were many times each of these offers on the dates the offers were made, and Defendants knew this. In light of these inadequate offers, Plaintiff's

only choice other than continue to litigate the case was to give up. A plaintiff should not be placed in a position where he is forced to surrender his viable claim or risk incurring thousands of dollars, or tens of thousands of dollars, of noncompensable attorney fees simply because the defendant has chosen to stand and fight. Choosing to stand and fight is certainly a defendant's prerogative. There is no obligation for a defendant to make a settlement offer or settle a case. But if the defendant chooses to stand and fight, and then loses, as Defendants here did, the defendant should be obligated to pay all of the attorney fees it caused the plaintiff to incur.  Otherwise, a defendant can prevail not because they deserve to, but rather through unyielding resistance. *See, e.g., Douyon v. NY Medical Health Care, P.C*., 49 F.Supp.3d 328, 341-342 (E.D.N.Y. 2014) ("It is well-settled that parties 'cannot litigate tenaciously and then be heard to complain about the time necessarily spent by [its adversary] in response.'"); *Armstrong v. The Rose Law Firm, P.A*., 2002 WL 31050583 *5 (D.Minn. September 5, 2002) (aggressive defense caused significant increase in attorney fees, plaintiff granted recovery of all fees); *Hull v. Owen County State Bank*, 2014 U.S. Dist. LEXIS 43812 *12-13 (S.D.Ind. Mar. 14, 2014) ("Although defendants are not required to yield an inch or to pay a dime not due, they may by militant resistance increase the exertions required of their opponents and thus, if unsuccessful, be required to bear that cost." (quoting *McGowan v. King, Inc*., 661 F.2d 48, 51 (5th Cir. 1981)); *Henson v. Columbus Bank & Trust Co*., 770 F.2d 1566, 1575 (11th Cir. 1985) ("While [defendant] is entitled to contest vigorously [plaintiff's] claim, once it does so it cannot then complain that the fees award should be less than claimed because the

case could have been tried with less resources and with fewer hours expended."). And in that case, if the plaintiff is not awarded a fully-compensable fee, even when the consumer wins he loses. *Husainy v. Granite Mgmt., LLC*, 132 N.E.3d 486, 499 (Ind. Ct. App. 2019).

41. On November 28, 2017, Plaintiff offered to settle this case for $1,000 (plus reasonable attorney fees and costs as determined by the Court). Defendant rejected this settlement offer.

42. The undersigned has incurred costs in this matter in the amount of $3,162.97. These costs are itemized at Exhibit A, pp. 17-18 (note: the entry dated October 19, 2021, has been subtracted because Matthew Ellis never cashed his witness fee check), and were reasonable and necessary in the prosecution of this matter.

43. The total attorney fees and costs sought by the Indiana Consumer Law Group in this matter up to December 29, 2021, total $140,534.47 (308.7 hours x $445/hr. = $137, 371.50 plus costs of $3,162.97).

I, Robert E. Duff, under penalty of perjury, do hereby affirm that the foregoing representations are true and correct to the best of my knowledge and belief.

s/ *Robert E. Duff*

08/28/21                    The Law Office of Robert E. Duff                              Page 1
9:27p
                          Simple Matter List For FDCPA Cases
                                        FDCPA


Case Number          Matter
─────────────        ─────────────────────────────────────────────────────────────────

52                   Adames, Isis Y. v. Asset Acceptance LLC
414                  Aftab, Syed v. Reliant Capital Solutions, LLC
423                  Aftab, Syed v. Sottile & Barile, LLC
450                  Agla, Jodi v. Jack H. Frisch
155                  Albert, Larry K. v Regency Credit, LLC and Allied
274                  Albert, Larry v. Advanced Debt Collection, Inc.
154                  Allen, Joshua v. Jason L. McAuley and Lenders Reco
464                  Anderson, Christa v. Dillon Legal Group, P.C. and
476                  Anderson, Christa v. Dillon Legal Group, P.C. and Ryan P. Dillon
473                  Arbuckle, Timothy W. v. Convergent Outsourcing, Inc., et al.
334                  Badolato, Donald v. Account Control Technology, Inc.
449                  Baker, Alicia v. PG Acquisitions Group, Inc.
38                   Balfour, Brett I. and Melissa M. v. Javitch, Block
368                  Barlow, Dennis v. CACH, LLC and Taylor Law, LLC
401                  Barnett, Vetoria M. v. Lloyd & McDaniel, P.L.C.,
75                   Barnett, Vetoria v. Lloyd & McDaniel, P.L.C. and C
211                  Beaudry, Rebecca & Dennis v. Professional Accounts
547                  Beck, Leslie C. v. Unifund CCR, LLC
420                  Bentrud, Grant E. v. Blatt, Hasenmiller, Leibsker & Moore, LLC
262                  Bentrud, Grant v. Bowman, Heintz, Boscia & Vician, P.C
586                  Bernhard, Douglas J. v. One Advantage, LLC
367                  Bernhart, Sonya v. Collection Associates National, Inc.
260                  Birchfield, Layne M. v Allied Interstate LLC
302                  Bishop, Jennifer and Dennis v. Ryan C. Munden and Reiling Teder &
227                  Brewer, Gwen v. Med-Health Financial Services, Inc
415                  Brown, Eric M. v. Portfolio Recovery Associates, LLC
175                  Brown, James v. Palisades Collection and First Nat
362                  Brown, Sherry S. v. Unifund CCR, LLC and J. Louis Kurtzer
258                  Bunner, William Jay v. Palisades Collection, LLC
7                    Clements, Norma L. v. Blatt, Hasenmiller, Leibsker
186                  Cole, John T. v LVNV Funding and Weltman, Weinberg
337                  Cole, John T. v. Asset Acceptance, LLC
349                  Cole, John T. v. HS Financial Group, LLC
160                  Collins, Alina v. Bowman Heintz, Boscia & Vician,
161                  Collins, Alina v. Weltman, Weinberg & Reis Co & LV
568                  Collins, Joshua v. Portfolio Recovery Associates, LLC, et al.
447                  Conover, Brett C. v. Midland Funding LLC
386                  Conyers, Tina v. Enhanced Recovery Company, LLC
498                  Cox, Gregory M. v. W. Christian Meyer
72                   Cram v. Asset Acceptance, LLC
84                   Cram, Gregory J. v. Midland Credit Management, Inc
59                   Crane, John and William v. Lloyd & McDaniel, P.L.C.
379                  Craven-Powell, Michelle v. Kahn, Dees, Donovan & Kahn, LLP
516                  Cunningham, Donald v. HOVG, LLC
279                  Davenport, Christina M v. Premiere Credit of North America, LLC.
495                  Delgado, Jose M. v. Portfolio Recovery Associates, LLC
400                  Dial, Matthew Z. v. Med-1 Solutions, LLC and Shannon Melton
236                  Dickey, Anthony v. Atlantic Credit & Finance, Inc.
580                  DiGiorgio, Steven v. Rothberg Logan Warsco LLP
295                  Disbro, Keith v. Midland Funding, LLC and Bowman, Heintz, Boscia
47                   Downing, Curtis R. and Sharon E. v. Mann Bracken, LLC
64                   Dreaden, Susan K. v. Wright & Lerch and Cavalry Portfolio Service
507                  Duff, Kyndal R. v. General Credit Services Inc.
396                  Duff, Kyndal v. Reliant Capital Solutions, LLC       Exhibit A

08/28/21                    The Law Office of Robert E. Duff                        Page 2
9:27p

Simple Matter List For FDCPA Cases
FDCPA

| Case Number | Matter |
|---|---|
| 478 | Dugan, Pamela v. Daniel W. Sandlin and Sandlin Law Group PC |
| 322 | Eldem, Umit v. Erin Capital Management, LLC et al... |
| 63 | Fausset, Brian v. Reliant Capital Solutions, LLC |
| 58 | Fausset, Brian v. Wright & Lerch and Asset Acceptance, LLC |
| 68 | Fausset, Mike and Todd Williams v. Mortgage First, |
| 56 | Fausset, Mike v. Morgan & Pottinger, P.S.C. and LV |
| 57 | Fausset, Mike v. Morgan & Pottinger, P.S.C. and Unifund CCR Partn |
| 187 | Fick, Heather A. v American Acceptance Corp & Bowman Heinz Boscia |
| 182 | Fick, Heather A. v LVNV Funding LLC and Weltman, W |
| 77 | Fredrick, David W. v. Asset Acceptance, LLC and Wright & Lerch |
| 503 | Gabriel, Tammie and Ashleigh v. NCC Business Services, Inc. |
| 3 | Gastineau v. UMLIC VP LLC, David M. Wright and Wri |
| 22 | Gebhardt v. IMC Credit Services |
| 410 | Gener, Melissa A. v. National Credit Systems, Inc. |
| 183 | Goebel, Christopher v. Suess & Sandlin, P.C. |
| 540 | Goot, Dana v. Harris & Harris, LTD. |
| 518 | Griffis, Earl E. v. NCS Capital LLC and Slovin & Associates Co., |
| 320 | Grubbs, Brent v. Eric S. Jungbauer, et al. |
| 428 | Guynn, Peter M. v. Blatt, Hasenmiller, Liebsker & Moore, LLC |
| 282 | Harold, Kevin v. Peters & Steel, LLC |
| 147 | Herndon, Sharon v Accounts Recovery Bureau |
| 575 | Hipsher, Wendell Cornell v. Receivables Management Partners, LLC |
| 172 | Hundley, Jenna L. v. Hunter Warfield, Inc. |
| 439 | Hussain, Ashfaq v. Caliber Home Loans, Inc. |
| 470 | Hussain, Ashfaq v. Mercer Belanger, Professional C |
| 488 | Isler, Thomas F. v. Med-1 Solutions LLC |
| 365 | Jaffri, Tracey v. Thrasher Buschmann & Voelkel, P.C |
| 587 | Jones, Kimberly for SoFi Lending Corp. and Zwicker & Associates, |
| 286 | Jones, Scott v. Berry III, Gil I. |
| 234 | Katakdaunde, Raj v. Professional Collection Consul |
| 86 | Katakdaunde, Rajesh & Sushma v. Fair Collections & |
| 169 | Katakdaunde, Rajesh v. Client Services, Inc. |
| 564 | Keller, Damien v. Envision Payment Solutions, Inc. |
| 306 | Kelley, John v. Hunter Warfield, Inc. |
| 527 | Kersey, Lorrainne v. Credence Resource Management, LLC |
| 571 | Kinser, Paul A. v. Cavalry SPV I, LLC and Blitt and Gaines P.C. |
| 341 | Koehmstedt, David E. v. IMC Credit Services, LLC |
| 55 | Koehmstedt, David v. IMC National Holdings, Inc. |
| 78 | Lakare, Vaibhav v. Asset Acceptance, LLC |
| 277 | Lakare, Vaibhav v. DCS Enterprises, Inc. |
| 512 | Lake, Katherine v. Portfolio Recovery Associates, LLC |
| 408 | Lantzer, Karlee M. v. American Lending Solutions C |
| 403 | Lavallee, Beth v. Med-1 Solutions, LLC |
| 126 | LeForge, Luda Christine Hayward v BAC Home Loans S |
| 177 | LeForge, Luda Christine Hayward v. Feiwell & Hannoy P.C. |
| 339 | Lennon, Betty J. v. Recovery Two, Inc. and Perry Law Office, P.C. |
| 11 | Lewis, Gregory A. v. The Sagres Company, Inc. |
| 197 | Lukovic, Veso v. American Acceptance Co.& Bowman Heintz Boscia an |
| 496 | MacDonald, Elizabeth Ann v. Snow & Sauerteig, LLP |
| 90 | Mace, Cassondra v Statewide Credit Association, In |
| 305 | Makmuan, Thanawat v. Midland Funding LLC and Bowman Heintz Boscia |
| 405 | Matthews, Jodi I. v. Atlas Collections Inc. |
| 300 | McCoy, Stephen E. v Williams Law Office, P.C. and Lora N.R. Willi |
| 128 | McFarland, Heather v. Accounts Recovery Bureau, Inc |

08/28/21                    The Law Office of Robert E. Duff                         Page 3
9:27p

Simple Matter List For FDCPA Cases
FDCPA

| Case Number | Matter |
|---|---|
| 254 | McFarland, Patrick v. Accounts Recovery Bureau and |
| 193 | McHale, Barbara v. Bowman Heintz Boscia & Vician, P.C. |
| 164 | McHale, Barbara v. LVNV Funding, LLC |
| 115 | Mentgen v. Blatt, Hasenmiller, Leibsker & Moore, L |
| 53 | Mintun, Margaret K. v. NCO Financial Systems, Inc., et al. |
| 65 | Muehlhausen, John C. v. AllianceOne Receivables Management, Inc. |
| 418 | Nagrodski, Tamara v. Robert D. Roache, II |
| 461 | Neese, Airica L. v. Javitch Block LLC |
| 393 | Oskins, Tiffeny v. Trimble & Jewell, John J. Jewell and Kurt Ecke |
| 429 | Parks, Anthony J. v. Credit Management, LP |
| 117 | Parton, Phil v. Asset Recovery Solutions et al. |
| 118 | Parton, Phil v.Quality Asset Recovery |
| 168 | Parton, Philip v.Mercantile Adjustment Bureau, LLC |
| 340 | Pearson, Kortney J. v. Blume, Connelly, Jordan, Stucky & Lauer, L |
| 387 | Peterson, Carl Eric v. W. Christian Meyer |
| 307 | Procenti Amanda v. Deca Financial Services, LLC |
| 308 | Procenti, William v. Deca Financial Services, LLC. |
| 588 | Raimbault, Christine v. Burke Costanza & Carberrry LLP |
| 87 | Rasener, Doris v. Bowman, Heintz, Boscia & Vician, |
| 448 | Richards, Nichole L. v. PAR, Inc. and Lawrence Towing, LLC |
| 251 | Richardson, Scott v. The Koch Law Firm |
| 352 | Ritchie, Cara v. Unifund CCR, LLC and J. Louis Kurtzer |
| 535 | Ritchie, Loryann v. Regional Recovery Services Inc. |
| 364 | Robbins, Ann v. Med-1 Solutions, LLC |
| 294 | Rockey, Lydia K v. Transworld Systems, Inc. |
| 298 | Rockey, Lydia K. v. Cavalry SPV I, LLC |
| 578 | Rockey, Lydia K. v. Med-1 Solutions, LLC |
| 235 | Roehrich, Colleen v. Bowman, Heintz, Boscia & Vici |
| 219 | Rogers, Thomas W. and Denise H v Crown Asset Manag |
| 569 | Rosen, Kimberly S. v. MLO Acquisitions, LLC and Walter Christian |
| 459 | Saleem, Nida W. v. CACH, LLC and Taylor Law, PLLC |
| 481 | Saleem, Nida W. v. Cavalry SPV I, LLC and Law Office of Keith |
| 297 | Sauter, William J. v. Mercantile Adjustment Bureau |
| 431 | Schmidt, Karen v. Midland Funding LLC, et al. |
| 388 | Schroeder, Matthew A. v. W. Christian Meyer |
| 378 | Skertich, Ryan M. v. Cavalry SPV I, LLC and Lloyd & McDaniel, PLC |
| 411 | Skiles, Melissa K. v. LTD Financial Services, L.P and Advantage A |
| 397 | Skiles, Melissa v. LVNV Funding LLC and Stenger & Stenger, P.C. |
| 240 | Spratt, Peggy A. v. Asset Acceptance & Lloyd & McD |
| 331 | Spurlock, Aaron and Velma v. Portfolio Recovery Associates, L.L.C |
| 446 | Spurlock, Shannon v. Receivables Management Partners, LLC, et al. |
| 434 | Stacey, Jonathan K. v. W. Christian Meyer |
| 280 | Sutton, Robert D. v. Allied Collection Service, Inc. |
| 510 | Swike, Erin v. Alltran Financial, LP |
| 523 | Swike, Erin v. Crown Asset Management, LLC and Lloyd & McDaniel, |
| 526 | Swike, Erin v. Midland Credit Management, Inc. |
| 216 | Tan-Torres, Ramon v. NCC Business Services, Inc. |
| 497 | Taylor, Juanita v. Van Ru Credit Corporation |
| 366 | Taylor, Juanita v. Wright, Lerch & Litow, LLP |
| 407 | Taylor, Juanita v. Zwicker & Associates, P.C. |
| 124 | Terranova, Pat v. Sunrise Credit Services, Inc. |
| 106 | Thompson, Christopher v. Accounts Recovery Bureau, |
| 268 | Timmons, Joan v. IQ Payment Systems, LLC dba Alpine Payment Syste |
| 458 | Trembath, Aaron M. v. Wells Fargo Bank, N.A., et al. |

08/28/21                    The Law Office of Robert E. Duff                        Page 4
9:27p
                          Simple Matter List For FDCPA Cases
                                        FDCPA

Case Number          Matter
─────────────────────────────────────────────────────────────────────────────────────

150                  Vetang, Wisat v. Equable Ascent Financial, LLC and
185                  Walsh, Matthew v. IMC Credit Services, LLC
231                  Weaver, Tammie v. Blatt Hassenmiller
467                  Wellemeyer, John Kyle v. Midland Funding LLC, et al.
398                  Whaley, Elizabeth A. v. Midland Funding LLC and Bowman, Heintz, B
551                  White, Alexis Nicole v. Portfolio Recovery Associates, L.L.C.
424                  Whitehouse, Barry R. v. Collection Associates LLC, et al.
426                  Whitfield, Gladys M. v. Rent Recover of Better NOI LLC
394                  Wies v. Midland Credit Management, Inc.
348                  Wies, Jr., Donald P. v. Cavalry SPV I, LLC
343                  Wies, Judith L. v. Main Street Acquisition Corp.
335                  Wike, Ruthann v. ACM Riverwalk IV B LLC
284                  Wike, Ruthann v. Asset Acceptance, LLC
324                  Wike, Ruthanne v. LVNV Funding, LLC and Wright, Lerch & Litow, LL
375                  Wilson, Adam v. Med-1 Solutions, LLC
530                  Wojda, Alexander v, Javitch Block LLC
529                  Wojda, Alexander v. Cavalry SPV I, LLC, et al.
347                  Wolfe, Teresa v. W. Christian Meyer
552                  Zoibi, Carlyle H. v. Med-1 Solutions, LLC
─────────────────────────────────────────────────────────────────────────────────────

Number of Matters:  181

## Indiana Consumer Law Group/The

Law Office of Robert E. Duff
P.O. Box 7251
Fishers, IN  46037
Telephone: 800-817-0461
Fax: 800-817-0461

December 30, 2021

Nichole L. Richards
7436 Sioux Run46219
Indianapolis, IN  46219

---

Client Number:  RICHARDSN  Nichole L. Richards
Matter          448  Richards, Nichole L. v. PAR, Inc. and Lawrence Towing, LLC
**For Services Rendered Through 12/30/2021.**

---

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/6/2017 | RED | Telephone conferences with Ms. Richards re: ▇▇▇▇▇ | 1.20 | $534.00 |
| 2/6/2017 | RED | Draft Representation Agreement and e-mail to Ms. Richards; receive signed agreement back by e-mail. | 0.40 | $178.00 |
| 2/6/2017 | RED | Receive and listen to portions of phone call recordings made by Ms. Richards. | 0.30 | $133.50 |
| 2/6/2017 | RED | Begin drafting the Complaint. | 1.80 | $801.00 |
| 2/8/2017 | RED | Receive and review copy of the Retail Installment Contract; telephone conference with Ms. Richards re: ▇▇▇▇▇ revise the Complaint to remove Huntington because of arbitration clause and add additional facts provided by Ms. Richards. | 1.70 | $756.50 |
| 2/9/2017 | RED | Revise Complaint based on Ms. Richards' review; draft Civil Cover Sheet, Summonses and Appearance and file the foregoing along with the Complaint. | 0.50 | $222.50 |
| 2/9/2017 | RED | Receive Magistrate Judge's Notice of Availability. | 0.10 | $44.50 |
| 2/9/2017 | RED | E-mail with courtesy copy of Complaint to PAR, Inc.'s counsel in another case. | 0.10 | $44.50 |
| 2/17/2017 | RED | E-mails from/to Ms. Richards re: ▇▇▇ | 0.10 | $44.50 |
| 2/20/2017 | RED | Telephone conference with Ms. Richards re: ▇▇▇▇▇▇ | 0.20 | $89.00 |

**Continued On Next Page**

Exhibit B

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/28/2017 | RED | Telephone conference with Ms. Richards re: ████████████; receive and review Notice of Sale. | 0.30 | $133.50 |
| 3/31/2017 | RED | E-mails from/to Atty Pauli re: extension of time; receive Appearances of Attys Grant and Pauli, Notice of Initial Automatic Extension of Time and PAR, Inc. corporate disclosure statement. | 0.30 | $133.50 |
| 4/13/2017 | RED | Receive and study Order Setting Initial Pre-Trial Conference. | 0.20 | $89.00 |
| 4/25/2017 | RED | E-mails from/to Atty Cohen re: Rule 26 conference. | 0.10 | $44.50 |
| 4/26/2017 | RED | E-mails from/to Atty Bokota re: additional extension of time to respond to the Complaint. | 0.10 | $44.50 |
| 4/27/2017 | RED | Receive Appearance of Atty Bokota; receive and review Verified Motion for Extension of Time. | 0.20 | $89.00 |
| 4/28/2017 | RED | Telephone conference with Atty Bokota's office re: moving to continue the upcoming PTC. | 0.10 | $44.50 |
| 4/28/2017 | RED | Receive and review motions for leave to withdraw the appearances of Attys Pauli and Grant and motion for continuance of initial pre-trial conference. | 0.20 | $89.00 |
| 4/28/2017 | RED | Receive Order Granting Motion for Extension of Time. | 0.10 | $44.50 |
| 5/1/2017 | RED | Receive orders granting withdrawal of Attys Pauli and Grant. | 0.10 | $44.50 |
| 5/3/2017 | RED | Receive Order continuing initial PTC and CMP deadline. | 0.10 | $44.50 |
| 5/9/2017 | RED | Receive Appearance of Atty Krause. | 0.10 | $44.50 |
| 5/9/2017 | RED | Receive and review letter from Atty Bokota. | 0.10 | $44.50 |
| 5/11/2017 | RED | Telephone conference with Ms. Richards re: ███████ | 0.30 | $133.50 |
| 5/12/2017 | RED | Receive and study Defendants' Answer. | 0.40 | $178.00 |
| 5/12/2017 | RED | E-mails from/to Atty Krause re: draft of CMP. | 0.10 | $44.50 |
| 5/15/2017 | RED | Draft Case Management Plan and e-mail to Atty Krause. | 0.80 | $356.00 |
| 5/16/2017 | RED | Receive revised Case Management Plan and review revisions; file proposed CMP; e-mail to Atty Krause re: same and police report. | 0.40 | $178.00 |
| 5/17/2017 | RED | Receive Notice of Telephone Call-In Information. | 0.10 | $44.50 |

**Continued On Next Page**

**Client Number:**   RICHARDSN                                          12/30/2021
**Matter Number:**   448                                                Page:   3

| 5/22/2017 | RED | Prepare for and attend telephonic initial pre-trial conference; e-mail Demand for Arbitration to Atty Bokota. | 1.20 | $534.00 |
| 5/29/2017 | RED | Receive approved CMP. | 0.10 | $44.50 |
| 5/29/2017 | RED | Prepare for and attend telephone conference with Ms. Richards re: ███████ ████████████████████ | 0.80 | $356.00 |
| 5/29/2017 | RED | Draft settlement offer letter to Atty Krause. | 0.40 | $178.00 |
| 6/9/2017 | RED | E-mails from/to Ms. Richards re: ██████ ████████████ | 0.10 | $44.50 |
| 9/26/2017 | RED | Receive Notice of Call-In Information. | 0.10 | $44.50 |
| 9/26/2017 | RED | Telephone conference with Ms. Richards re: ███████████ | 0.40 | $178.00 |
| 9/29/2017 | RED | Review Defendants' Initial Disclosures and Defendants' Preliminary Witness and Exhibit List. | 0.40 | $178.00 |
| 9/29/2017 | RED | Prepare for and attending telephonic status conference, including telephone conference with Atty Krause following. | 0.90 | $400.50 |
| 9/29/2017 | RED | Telephone conference with Ms. Richards re: ███████████████ | 0.40 | $178.00 |
| 9/29/2017 | RED | Draft Plaintiff's Initial Disclosures. | 0.80 | $356.00 |
| 9/29/2017 | RED | Draft Plaintiff's Preliminary Witness and Exhibit Lists. | 0.50 | $222.50 |
| 9/29/2017 | RED | Draft Response to Defendants' Requests for Admissions. | 0.70 | $311.50 |
| 9/29/2017 | RED | Draft First Request for Production to Defendants. | 1.00 | $445.00 |
| 9/29/2017 | RED | Receive and review order setting status conference for October 31, 2017. | 0.10 | $44.50 |
| 10/5/2017 | RED | Receive and review Trial Practices and Procedures before Judge Tanya Walton Pratt and Scheduling Order. | 0.20 | $89.00 |
| 10/16/2017 | RED | E-mails from/to Atty Krause re:  scheduling depositions and discovery responses; telephone conference with Ms. Richards confirming availability for October 27 depositions. | 0.40 | $178.00 |
| 10/18/2017 | RED | E-mail to Atty Krause re:  available dates for telephonic PTC. | 0.20 | $89.00 |
| 10/19/2017 | RED | Prepare and file Motion to Reschedule Status Conference and proposed order thereon. | 0.40 | $178.00 |

**Continued On Next Page**

**Client Number:**    RICHARDSN                               12/30/2021
**Matter Number:**    448                                            Page:   4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2017 | RED | Receive Notice of Teleconference Call-In Information. | 0.10 | $44.50 |
| 10/25/2017 | RED | E-mails from/to Atty Krause re:  scheduling depositions. | 0.20 | $89.00 |
| 11/1/2017 | RED | Prepare for and attend telephonic status conference. | 0.70 | $311.50 |
| 11/1/2017 | RED | Receive Minute Order from the Court. | 0.10 | $44.50 |
| 11/3/2017 | RED | E-mails from/to Ms. Richards re:  ███████ ███████ ; e-mail from Atty Krause re: scheduling depositions. | 0.30 | $133.50 |
| 11/18/2017 | RED | Review PAR's RFP response and documents produced; begin drafting a letter to Atty Krause re:  deficiencies in RFP response. | 0.80 | $356.00 |
| 11/20/2017 | RED | Receive notification from the Court that Magistrate Judge Brookman's chambers have moved. | 0.10 | $44.50 |
| 11/27/2017 | RED | Prepare for and attend depositions of Plaintiff, Angel Bautista and repossession agents Richard and Matt. | 6.10 | $2,714.50 |
| 11/28/2017 | RED | Attend settlement conference. | 4.70 | $2,091.50 |
| 12/4/2017 | RED | E-mails from/to Atty Krause re:  choosing mediator. | 0.20 | $89.00 |
| 12/5/2017 | RED | Receive and review subpoenas and notices for police officer depositions. | 0.30 | $133.50 |
| 12/5/2017 | RED | Review Court's Minute Order on Settlement Conference. | 0.20 | $89.00 |
| 12/5/2017 | RED | E-mails from/to the court reporter re: deposition transcripts. | 0.10 | $44.50 |
| 12/11/2017 | RED | Receive depositions of Richard Martin, Matthew Ellis, Nichole Richards and Angel Bautista. | 0.10 | $44.50 |
| 12/11/2017 | RED | Telephone calls to IMPD to obtain address to send 911 recording subpoena; draft subpoena re:  same and e-mail to Atty Krause for review. | 0.50 | $222.50 |
| 12/12/2017 | RED | E-mails from/to Atty Krause re:  subpoena to IMPD; revise subpoena to IMPD. | 0.20 | $89.00 |
| 12/16/2017 | RED | Receive Amended Subpoena and Notice of Deposition of Officer Dobbs. | 0.20 | $89.00 |
| 12/18/2017 | RED | Prepare for and attend depositions of Officers Dobbs and McEvilly (no show, rescheduled). | 4.40 | $1,958.00 |
| 12/19/2017 | RED | Receive e-mail and invoice from Marion County Sheriff's Office re:  recording of 911 call. | 0.10 | $44.50 |

**Continued On Next Page**

**Client Number:**   RICHARDSN

12/30/2021

**Matter Number:**   448

Page:   5

| 12/22/2017 | RED | Receive and listen (over and over again) to 911 call; convert file to file type capable of being e-mailed; e-mail to Rachel Gohmann from the Marion County Sheriff's Office re: can I obtain unedited version. | 0.90 | $400.50 |
|---|---|---|---|---|
| 12/22/2017 | RED | Prepare for and attend deposition of Officer McEvilly. | 2.50 | $1,112.50 |
| 12/28/2017 | RED | E-mails from/to Atty Krause re:  scheduling mediation; draft Notice of Date of Mediation and e-mail same to Atty Krause; file Notice of Date of Mediation. | 0.50 | $222.50 |
| 1/1/2018 | RED | Revise PAR discovery dispute letter; e-mail to Atty Krause re:  same and 911 recording (attached). | 0.30 | $133.50 |
| 1/4/2018 | RED | Receive Tracy Dobbs deposition transcript. | 0.10 | $44.50 |
| 1/7/2018 | RED | Receive letter from Mediator Petticrew re: scheduled mediation; e-mail to Ms. Richards re: ███ | 0.30 | $133.50 |
| 1/7/2018 | RED | E-mail to Ms. Richards re: ███████ | 0.10 | $44.50 |
| 1/8/2018 | RED | E-mails from/to Ms. Richards re: ███████ | 0.20 | $89.00 |
| 1/8/2018 | RED | Receive Katrina McEvilly deposition transcript. | 0.10 | $44.50 |
| 1/10/2018 | RED | E-mails from/to Ms. Richards re: ████ | 0.10 | $44.50 |
| 1/19/2018 | RED | Receive and review Defendants' motion for summary judgment and brief in support; brief legal research re:  authorities in opposition to Defendants' position. | 0.80 | $356.00 |
| 1/26/2018 | RED | E-mail to Ms. Richards re: ███████ | 0.10 | $44.50 |
| 1/27/2018 | RED | E-mails from/to Ms. Richards re: ████ | 0.10 | $44.50 |
| 1/28/2018 | RED | Work on response to Defendants' motion for summary judgment. | 2.10 | $934.50 |
| 1/29/2018 | RED | E-mails from/to Mediator Petticrew and Atty Krause re:  mediation start time. | 0.10 | $44.50 |
| 1/30/2018 | RED | Prepare for and attend mediation with Mediator Paul Petticrew. | 4.10 | $1,824.50 |
| 2/9/2018 | RED | Work on Plaintiff's response to Defendant's motion for summary judgment. | 2.50 | $1,112.50 |
| 2/10/2018 | RED | Work on Plaintiff's response to Defendant's motion for summary judgment. | 5.60 | $2,492.00 |
| 2/15/2018 | RED | Receive Mediator's Report to the Court. | 0.10 | $44.50 |

**Continued On Next Page**

| **Client Number:** | RICHARDSN | | | | 12/30/2021 |
|---|---|---|---|---|---|
| **Matter Number:** | 448 | | | | Page: 6 |

| | | | | |
|---|---|---|---|---|
| 2/15/2018 | RED | Work on Plaintiff's response to Defendant's motion for summary judgment. | 3.90 | $1,735.50 |
| 2/16/2018 | RED | Work on Plaintiff's response to Defendants' Motion for Summary Judgment and file same. | 2.30 | $1,023.50 |
| 2/16/2018 | RED | Receive filed Mediator's Report. | 0.10 | $44.50 |
| 3/3/2018 | RED | Receive and study Defendants' Reply Brief in Support of Motion for Summary Judgment. | 0.40 | $178.00 |
| 4/29/2018 | RED | Draft and file Final Witness and Exhibit Lists. | 1.40 | $623.00 |
| 5/1/2018 | RED | Receive and review Defendants' Final Witness and Exhibit Lists. | 0.20 | $89.00 |
| 5/24/2018 | RED | Receive and review Motion to Stay Arbitration and brief in support. | 0.50 | $222.50 |
| 6/7/2018 | RED | Draft Motion for Extension of Time and proposed order thereon and file same. | 0.40 | $178.00 |
| 6/7/2018 | RED | Receive and review Motion to Intervene filed by Huntington Bancshares. | 0.40 | $178.00 |
| 6/8/2018 | RED | Receive copy of e-mail from court staff to Atty Rohner re: pdf filings. | 0.10 | $44.50 |
| 6/8/2018 | RED | E-mails to/from opposing counsel re: objection to extension of time filed yesterday?; telephone call to Magistrate Judge Brookman's chambers re: Defendants do not object to extension of time filed yesterday. | 0.30 | $133.50 |
| 6/21/2018 | RED | Draft Motion for Extension of Time to respond to Motion to Stay Arbitration and Motion to Intervene and proposed orders thereon and file same. | 0.40 | $178.00 |
| 6/25/2018 | RED | Receive Order Granting Extension of Time. | 0.10 | $44.50 |
| 6/27/2018 | RED | Work on combined response to Motion to Stay Arbitration and Motion to Intervene. | 0.70 | $311.50 |
| 6/28/2018 | RED | Work on and file combined response to Motion to Stay Arbitration and Motion to Intervene. | 6.10 | $2,714.50 |
| 7/18/2018 | RED | Receive and review Entry on Pending Motions and Final Judgment. | 0.60 | $267.00 |
| 7/18/2018 | RED | Telephone conference with Ms. Richards re: ██████████████████ | 0.20 | $89.00 |
| 7/25/2018 | RED | Review briefs and decision in assessing whether to appeal. | 0.70 | $311.50 |
| 7/30/2018 | RED | Telephone conference with Atty Rubin re: potential appeal and Rule 59(e) motion. | 1.30 | $578.50 |
| 8/1/2018 | RED | Begin working on Rule 59(e) Motion. | 3.20 | $1,424.00 |
| 8/5/2018 | RED | Work on Rule 59(e) motion. | 2.80 | $1,246.00 |
| 8/6/2018 | RED | Work on Rule 59(e) motion. | 6.20 | $2,759.00 |

**Continued On Next Page**

| 8/7/2018 | RED | Work on Rule 59(e) motion. | 5.00 | $2,225.00 |
| 8/8/2018 | RED | Work on Rule 59(e) motion. | 1.50 | $667.50 |
| 8/9/2018 | RED | Work on Rule 59(e) motion. | 3.10 | $1,379.50 |
| 8/10/2018 | RED | Telephone conference with Ms. Richards re: ███████ | 0.20 | $89.00 |
| 8/10/2018 | RED | Work on Rule 59(e) motion. | 1.40 | $623.00 |
| 8/10/2018 | RED | Work on and file Rule 59(e) motion. | 2.30 | $1,023.50 |
| 8/26/2018 | RED | Receive and study Defendants' Response in Opposition to Plaintiff's Rule 59(e) Motion to Reconsider and memorandum of law in support of same; pull and review cases cited by Defendants in their response; pull and review local rules re: reply briefing and motion for oral argument; e-mail to Atty Rubin re: same. | 1.30 | $578.50 |
| 8/27/2018 | RED | Telephone conference with Atty Rubin re: strategy for possible reply brief. | 0.30 | $133.50 |
| 8/29/2018 | RED | Receive draft reply brief from Atty Rubin and review same; re-review Defendants' response brief; e-mails from/to Atty Rubin re: same and additions thereto. | 0.80 | $356.00 |
| 8/29/2018 | RED | Review revised reply brief. | 0.40 | $178.00 |
| 9/21/2018 | RED | Review Gable v. Universal Acceptance Corporation (WI), 2018 WL 4473349 (E.D. Wis. Sept. 18, 2018), case for possible submission as supplemental authority in support of motion to reconsider; telephone conference with Atty Rubin re: same (decided not to submit at this time). | 0.60 | $267.00 |
| 12/27/2018 | RED | Receive and review the Court's order denying Plaintiff's motion to reconsider. | 0.40 | $178.00 |
| 12/30/2018 | RED | Review appellate rules on filing Notice of Appeal; calendar deadline to file Notice of Appeal. | 0.20 | $89.00 |
| 1/19/2019 | RED | Review Federal Rules of Civil Procedure, Federal Rules of Appellate Procedure and recent 7th Circuit caselaw on appealing from the denial of a Rule 59(e) motion; draft Notice of Appeal. | 1.40 | $623.00 |
| 1/25/2019 | RED | Review 7th Circuit rules and draft Appellant's Docketing Statement; revise and file Appellant's Docketing Statement. | 1.30 | $578.50 |

**Continued On Next Page**

| 1/28/2019 | RED | Receive and briefly review Parties' Short Record and Transmission of Notice of Appeal and Notice of Docketing in the Southern District of Indiana and Short Record, Notice of Case Opening and Notice of Docketing filed in the Seventh Circuit Court of Appeals. | 0.30 | $133.50 |
|---|---|---|---|---|
| 1/29/2019 | RED | Read entire transcript of January 7, 2019, oral argument in Obduskey v. McCarthy & Holtus LLP case pending before the United States Supreme Court dealing with 1692f(6). | 1.60 | $712.00 |
| 1/31/2019 | RED | Research Federal Rules of Appellate Procedure and Seventh Circuit Rules re:  appellant's responsibility in compiling the record (recently changed); draft Circuit Rule 26.1 Disclosure Statement. | 0.60 | $267.00 |
| 2/7/2019 | RED | Telephone conference with Ms. Richards re: ███████████ | 0.40 | $178.00 |
| 2/7/2019 | RED | Receive and review Notice of Circuit Rule 33 Mediation and briefing schedule Order. | 0.20 | $89.00 |
| 2/9/2019 | RED | Revise and file Circuit Rule 26.1 Disclosure Statement. | 0.30 | $133.50 |
| 2/11/2019 | RED | Receive Circuit Rule 26.1 Disclosure Statement of Atty Bokota. | 0.10 | $44.50 |
| 2/16/2019 | RED | E-mail to Mediator Brittan re:  briefing schedule. | 0.10 | $44.50 |
| 2/20/2019 | RED | Prepare for and attend telephone conference with Ms. Richards to prepare for Seventh Circuit mediation. | 1.10 | $489.50 |
| 2/20/2019 | RED | Prepare for mediation; e-mail to Ms. Brittan re: participants and participation telephone numbers for Rule 33 Mediation. | 1.30 | $578.50 |
| 2/21/2019 | RED | Prepare for and attend Circuit Rule 33 Mediation with Jillisa Brittan; e-mails from/to Ms. Brittan re:  follow-up telephone conference. | 2.80 | $1,246.00 |
| 2/21/2019 | RED | Receive Circuit Rule 33 Revised Briefing Schedule. | 0.10 | $44.50 |
| 2/25/2019 | RED | Prepare for and attend telephone conference with Mediator Brittan; telephone conference with Ms. Richards re:  ████████ ███████; e-mails to/from Mediator Brittan re:  telephone conference time, moving telephone conference, briefing schedule and settlement offer. | 0.90 | $400.50 |

**Continued On Next Page**

Client Number:   RICHARDSN                                           12/30/2021
Matter Number:   448                                                  Page:   9

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/6/2019 | RED | Receive Appearance of Atty Davis; e-mails from/to Ms. Richards re: ██████████ | 0.20 | $89.00 |
| 3/18/2019 | RED | Receive and review revised briefing schedule. | 0.10 | $44.50 |
| 3/20/2019 | RED | Receive and review SCOTUS opinion in Obduskey re:  15 U.S.C. sec. 1692f(6). | 0.60 | $267.00 |
| 3/26/2019 | RED | Receive and review opinion in Goodwin v His Choice Towing And Recovery LLC applying GA law to 1692f(6) wrongful repossession breach of peace claim. | 0.30 | $133.50 |
| 4/2/2019 | RED | Begin drafting Appellant's Brief. | 1.00 | $445.00 |
| 5/5/2019 | RED | Work on draft of Appellant's Brief. | 2.90 | $1,290.50 |
| 5/6/2019 | RED | Work on draft of Appellant's Brief. | 2.40 | $1,068.00 |
| 5/6/2019 | RED | E-mails from/to Attys Faulkner and Rubin re: Public Citizen; e-mails to/from Mediator Brittan re:  extension of briefing schedule; e-mail to opposing counsel re:  same. | 0.40 | $178.00 |
| 5/7/2019 | RED | E-mails to/from Counsel Press re:  printing brief. | 0.10 | $44.50 |
| 5/13/2019 | RED | E-mail from opposing counsel re:  no objection to extension; e-mail to Mediator Brittan re: extending briefing schedule. | 0.20 | $89.00 |
| 5/15/2019 | RED | E-mails to/from Mediator Brittan re:  extension of briefing schedule; receive and review order extending briefing schedule deadlines. | 0.20 | $89.00 |
| 5/16/2019 | RED | Work on draft of Appellant's Brief. | 4.60 | $2,047.00 |
| 5/21/2019 | RED | Prepare for and attend telephone conference with Atty Rosenbaum re:  Public Citizen's involvement in this appeal. | 0.30 | $133.50 |
| 5/23/2019 | RED | Telephone conference with Ms. Richards re: ██████████; sign co-counsel form and send to Atty Rosenbaum. | 0.20 | $89.00 |
| 5/23/2019 | RED | E-mail to Atty Rosenbaum re:  transmission of all relevant documents filed in the case. | 0.20 | $89.00 |
| 6/17/2019 | RED | Receive and review draft of Appellant's Brief from Atty Rosenbaum; e-mails from/to Atty Rosenbaum re:  same. | 1.40 | $623.00 |
| 6/17/2019 | RED | E-mails from/to Atty Rosenbaum re: ██████████; telephone conference re:  same. | 1.30 | $578.50 |
| 6/21/2019 | RED | Receive Appearance of Atty Rosenbaum. | 0.10 | $44.50 |
| 6/21/2019 | RED | E-mails from/to Atty Rosenbaum re:  RED disclosure agreement and changes to the brief; review changes to the brief. | 0.30 | $133.50 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 6/25/2019 | RED | Receive filed Appellant's Brief. | 0.10 | $44.50 |
| 7/24/2019 | RED | Receive and study Appellees' Brief. | 0.70 | $311.50 |
| 8/4/2019 | RED | Receive and review Notice of Oral Argument and Special Notice to Counsel Presenting Oral Argument. | 0.30 | $133.50 |
| 8/6/2019 | RED | Telephone conference with Atty Rosenbaum re:  reply brief and oral argument. | 0.10 | $44.50 |
| 8/9/2019 | RED | Receive and review draft of Appellant's Reply Brief; e-mails from/to Atty Rosenbaum re: same. | 0.80 | $356.00 |
| 8/16/2019 | RED | Receive filed Reply Brief of Appellee. | 0.10 | $44.50 |
| 8/19/2019 | RED | Receive notification from the Court of receipt of paper copies of Appellant's reply brief. | 0.10 | $44.50 |
| 9/5/2019 | RED | Receive oral argument acknowledgment of Attorney Rosenbaum. | 0.10 | $44.50 |
| 9/5/2019 | RED | Receive Appearance and Acknowledgment of Oral Argument for Attorney Goldstein. | 0.10 | $44.50 |
| 9/11/2019 | RED | E-mails from/to Atty Rosenbaum re:  moot courts for Seventh Circuit oral argument and telephone conference to discuss questions; e-mails from/to Ms. Richards re: ███ | 0.20 | $89.00 |
| 9/12/2019 | RED | Receive final argument confirmation forms for Attys Rosenbaum and Goldstein. | 0.10 | $44.50 |
| 9/12/2019 | RED | E-mails from/to and telephone conference with Atty Rosenbaum re:  questions in preparation for oral argument before the Seventh Circuit. | 1.70 | $756.50 |
| 9/13/2019 | RED | Prepare for and attend by telephone Atty Rosenbaum's moot for Seventh Circuit oral argument. | 2.50 | $1,112.50 |
| 9/17/2019 | RED | Prepare for and attend by telephone Atty Rosenbaum's second moot for Seventh Circuit oral argument. | 1.50 | $667.50 |
| 9/17/2019 | RED | Legal research re: ███████; e-mail to Atty Rosenbaum re:  same. | 1.10 | $489.50 |
| 9/19/2019 | RED | Attend oral argument before the Seventh Circuit Court of Appeals. | 9.70 | $4,316.50 |
| 9/20/2019 | RED | E-mails from/to Ms. Richards re: ███████ | 0.20 | $89.00 |
| 9/21/2019 | RED | Receive docket text entries re:  oral argument. | 0.10 | $44.50 |
| 10/18/2019 | RED | E-mails from/to Ms. Richards re: ███ | 0.10 | $44.50 |
| 1/19/2020 | RED | Review ████████████ addressing issue related to that on appeal. | 0.40 | $178.00 |

**Continued On Next Page**

**Client Number:**  RICHARDSN                                                12/30/2021
**Matter Number:**  448                                                       Page:  11

| | | | | |
|---|---|---|---|---|
| 1/27/2020 | RED | E-mails from/to Ms. Richards re: ███ ██ | 0.10 | $44.50 |
| 2/21/2020 | RED | E-mails from/to Atty Rosenbaum re: reimbursement for travel expenses and no Seventh Circuit opinion yet. | 0.10 | $44.50 |
| 3/25/2020 | RED | Receive and study Seventh Circuit's Opinion; e-mails from/to Atty Rosenbaum re:  same; telephone conference with Ms. Richards re: ███████████ | 0.80 | $356.00 |
| 4/3/2020 | RED | E-mails from/to Atty Rosenbaum re:  Bill of Costs; review proposed Bill of Costs. | 0.10 | $44.50 |
| 4/9/2020 | RED | Receive and study Defendants-Appellees Combined Petition for Panel Rehearing and Petition for Rehearing En Banc; review appellate rules on response to the foregoing; e-mails to Atty Rosenbaum re:  same. | 0.80 | $356.00 |
| 4/27/2020 | RED | Receive Order denying petition for rehearing and rehearing en banc. | 0.10 | $44.50 |
| 5/3/2020 | RED | Receive and review Defendants-Appellees Motion to Stay Mandate Pursuant to Fed.R.App.P. 41(d). | 0.70 | $311.50 |
| 5/7/2020 | RED | Receive and review Plaintiff-Appellant's Opposition to Defendants-Appellees' Motion to Stay Mandate Pursuant to Fed. R. App. P. 41(d); e-mails from/to Atty Rosenbaum re: same. | 0.50 | $222.50 |
| 5/8/2020 | RED | Receive Order denying motion to stay mandate. | 0.10 | $44.50 |
| 5/8/2020 | RED | E-mails and telephone conference with Atty Rosenbaum re:  Court's order denying motion to stay mandate, SCOTUS proceedings and proceedings in the District Court. | 0.20 | $89.00 |
| 5/12/2020 | RED | Receive and review Mandate from Court of Appeals and acknowledgment of receipt of mandate from District Court Clerk. | 0.20 | $89.00 |
| 5/13/2020 | RED | Receive Order directing parties to file position statements by June 2, 2020. | 0.10 | $44.50 |
| 5/20/2020 | RED | E-mails from/to Atty Rosenbaum re:  costs check from Defendants and participation in case at district court. | 0.20 | $89.00 |
| 6/2/2020 | RED | Review file for status and to prepare position statement; telephone conference with Ms. Richards re: ███████████; telephone conference with Atty Keller re:  joining to assist in trying the case; draft and file Plaintiff's Statement of Position. | 1.30 | $578.50 |

**Continued On Next Page**

**Client Number:**   RICHARDSN

**Matter Number:**   448

12/30/2021

Page:  12

| 6/3/2020 | RED | Receive and review Defendant's Position Statement. | 0.10 | $44.50 |
|---|---|---|---|---|
| 7/2/2020 | RED | Receive and study Order Following Remand. | 0.10 | $44.50 |
| 7/7/2020 | RED | Receive Scheduling Order setting telephonic status conference for July 22, 2020, at 10:30 a.m. | 0.10 | $44.50 |
| 7/8/2020 | RED | Telephone conference with Ms. Richards re: ███████████████; e-mails from/to Atty Keller's office re:  Ms. Richards' contact information. | 0.30 | $133.50 |
| 7/20/2020 | RED | Receive appearances of Attys Brown and Keller. | 0.10 | $44.50 |
| 7/20/2020 | RED | Telephone conference with Atty Keller re: upcoming PTC and need to reach out to opposing counsel; review Court's order re: need to conference with opposing counsel before PTC; attempt to call Atty Brown and e-mail to Atty Brown re:  conference prior to PTC. | 0.40 | $178.00 |
| 7/21/2020 | RED | Telephone conference with Atty Keller to prepare for telephonic PTC tomorrow; e-mail to Atty Brown re:  phone conference tomorrow before PTC. | 0.30 | $133.50 |
| 7/22/2020 | RED | Prepare for and attend telephonic PTC with Magistrate Judge Brookman. | 0.70 | $311.50 |
| 7/22/2020 | RED | Receive Order from the Court concerning the status conference of today; e-mail same to Ms. Richards with instructions concerning the August 26, 2020, settlement conference. | 0.10 | $44.50 |
| 7/22/2020 | RED | Receive Scheduling Order setting case for trial and Trial Procedures and Practices before Judge Tanya Walton Pratt. | 0.10 | $44.50 |
| 8/16/2020 | RED | Telephone conference with Ms. Richards re: ███████████████; e-mail to Ms. Richards with address. | 0.20 | $89.00 |
| 8/19/2020 | RED | Receive Notice of Teleconference Call-In Information. | 0.10 | $44.50 |
| 8/21/2020 | RED | Meet with Atty Keller and Ms. Richards re: ███████████████ | 2.10 | $934.50 |
| 8/22/2020 | RED | Work on confidential settlement statement and prepare for settlement conference. | 2.30 | $1,023.50 |
| 8/26/2020 | RED | Telephone conference with Ms. Richards to prepare for settlement conference; prepare for and attend telephonic settlement conference with Magistrate Judge Brookman. | 1.90 | $845.50 |

**Continued On Next Page**

**Client Number:**   RICHARDSN                                                                          12/30/2021
**Matter Number:**   448                                                                                    Page: 13

| | | | | |
|---|---|---|---|---|
| 8/27/2020 | RED | Receive and review Magistrate Judge's Order on Settlement Conference. | 0.10 | $44.50 |
| 8/27/2020 | RED | E-mail to Atty Rosenbaum re:  settlement conference was unsuccessful. | 0.10 | $44.50 |
| 9/26/2020 | RED | Receive and review Defendants' Petition for Writ of Certiorari; e-mails from/to Attorney Rosenbaum re:  Waiver form; receive and review acknowledgment of filing of petition for certiorari in the Seventh Circuit. | 1.20 | $534.00 |
| 9/30/2020 | RED | Receive Waiver form filed by Atty Rosenbaum in the SCOTUS. | 0.10 | $44.50 |
| 10/12/2020 | RED | Telephone conference with Atty Keller re: beginning trial prep and ███████████ ███. | 0.20 | $89.00 |
| 11/2/2020 | RED | E-mails from/to Atty Rosenbaum re:  SCOTUS denied transfer today; e-mail to Atty Keller re: same. | 0.10 | $44.50 |
| 11/2/2020 | RED | Receive filing in Seventh Circuit of SCOTUS order denying certiorari. | 0.10 | $44.50 |
| 12/8/2020 | RED | Receive Appearance of Attorney Rohner; receive and review Renewed Motion to Intervene. | 0.30 | $133.50 |
| 12/15/2020 | RED | E-mails to/from Atty Rohner re:  objection to motion for extension of time?; e-mails from/to Atty Keller re:  motion for extension of time; receive and review motion for extension of time filed by Atty Keller. | 0.20 | $89.00 |
| 12/18/2020 | RED | Receive Order granting extension of time. | 0.10 | $44.50 |
| 12/28/2020 | RED | Telephone conference with Atty Keller re: response to intervention motion by Huntington. | 0.20 | $89.00 |
| 12/29/2020 | RED | Draft and file Plaintiff's Response to Renewed Motion to Intervene. | 3.70 | $1,646.50 |
| 1/14/2021 | RED | E-mails to/from Atty Keller re:  new Southern District order postponing trials including this one. | 0.10 | $44.50 |
| 1/25/2021 | RED | Receive and review Scheduling Order resetting trial and FPTC. | 0.10 | $44.50 |
| 5/18/2021 | RED | Receive and review Order on Renewed Motion to Intervene. | 0.20 | $89.00 |
| 5/18/2021 | RED | Telephone conference with Ms. Richards re: ███████████████████████. | 0.30 | $133.50 |
| 5/22/2021 | RED | Telephone conference with Atty Keller re: evidentiary issues related to dismissal of Huntington's state court lawsuit against Ms. Richards on the merits. | 0.50 | $222.50 |

**Continued On Next Page**

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 9/11/2021 | RED | Review file for status; e-mail Atty Keller re: deadlines. | 0.40 | $178.00 |
| 9/13/2021 | RED | Telephone conference with Atty Keller re: planning trial prep. | 0.40 | $178.00 |
| 9/18/2021 | RED | Zoom conference with Atty Keller to discuss trial preparation, possible motions in limine, possible voir dire questions for the Judge, trial strategy and possible danger issues for the case. | 2.20 | $979.00 |
| 9/18/2021 | RED | Review Courtroom Procedures and Trial Practice Before the Honorable Tanya Walton Pratt; review the pleadings and correspondence in preparation for working on witness and exhibit lists, motions in limine and list of voir dire questions. | 2.20 | $979.00 |
| 9/22/2021 | RED | Work on, draft and file Plaintiff's Trial Witness List, Plaintiff's Trial Exhibit List, Plaintiff's Voir Dire to the Court, Plaintiff's Motion in Limine and Designation of Use of Deposition. | 8.10 | $3,604.50 |
| 9/24/2021 | RED | Receive and review Defendants' Trial Witness List, Defendants' Trial Exhibit List and Defendants' Motion in Limine and brief thereon; telephone conference with Atty Keller re:  same. | 1.10 | $489.50 |
| 9/24/2021 | RED | Telephone conference with Ms. Richards re: ███████████████████ | 0.30 | $133.50 |
| 9/26/2021 | RED | Review Defendants' electronic exhibits; work on preparation of Plaintiff's electronic exhibits. | 1.00 | $445.00 |
| 9/27/2021 | RED | Review ████████████ re:  res judicata analysis and application of same to Huntington's dismissed lawsuit against Ms. Richards. | 0.60 | $267.00 |
| 9/28/2021 | RED | Telephone conference with Atty Keller re: deadlines tomorrow and responsibility therefore, Nichole Richards and Plaintiff's exhibits. | 0.30 | $133.50 |
| 9/28/2021 | RED | Review depositions of Matthew Ellis and Richard Martin in preparation for trial and for preparation of Exhibits 104 and 105; prepare Exhibits 104 and 105; e-mail Exhibits 104, 105 and 110 to opposing counsel; e-mails from/to Ms. Richards re: ███████████████; telephone conferences with Atty Keller re: foregoing. | 3.50 | $1,557.50 |
| 9/29/2021 | RED | Work on objections to Defendants' proposed exhibits and response to Defendants' motion in limine. | 1.60 | $712.00 |

**Continued On Next Page**

| 10/2/2021 | RED | Telephone conference with Atty Keller re:  jury instructions and related issues. | 1.10 | $489.50 |
|---|---|---|---|---|
| 10/2/2021 | RED | Review Response to Defendants' Motion in Limine and Defendants' Response in Opposition to Plaintiff's Motion in Limine. | 0.80 | $356.00 |
| 10/2/2021 | RED | Review Defendants' Objections to Plaintiff's Exhibit List and brief legal research on same; receive Notice of Appearance of Atty Davis; review Defendants' Statement of Concurrence and Proposed Additional Voir Dire; review Defendants' Motion to Exclude Plaintiff's Trial Exhibits. | 0.80 | $356.00 |
| 10/3/2021 | RED | Work on proposed jury instructions. | 5.10 | $2,269.50 |
| 10/4/2021 | RED | Work on proposed jury instructions. | 2.90 | $1,290.50 |
| 10/12/2021 | RED | Prepare for Final PTC. | 2.20 | $979.00 |
| 10/13/2021 | RED | Prepare for and attend Final PTC; read Horizon Bank v. Fabian Huizar (case that came out today on FDCPA and CVRA); meet with Atty Keller to prepare for trial; e-mails from the Court and Attys Krause and Keller re: draft jury instructions and continuance granted in criminal trial set for November 1. | 7.80 | $3,471.00 |
| 10/18/2021 | RED | Trial preparation (witness presentation strategy development). | 1.70 | $756.50 |
| 10/19/2021 | RED | Attend mock opening presentation with attorney feedback. | 1.30 | $578.50 |
| 10/21/2021 | RED | Receive and review Entry on Motions in Limine, Entry for October 13, 2021, Entry Following Final Pre-Trial Conference and Order on Defendants' Motion to Exclude Plaintiff's Trial Exhibits; trial preparation. | 2.90 | $1,290.50 |
| 10/23/2021 | RED | Work on motion in limine on Defendants' exhibits. | 2.30 | $1,023.50 |
| 10/24/2021 | RED | Work on and file motion in limine on Defendants' exhibits. | 4.10 | $1,824.50 |
| 10/28/2021 | RED | Work on proposed verdict forms; trial preparation. | 7.40 | $3,293.00 |
| 10/29/2021 | RED | Travel to Court to pick up juror forms and learn electronics; trial preparation. | 8.20 | $3,649.00 |
| 10/30/2021 | RED | Travel to Atty Keller's office and prepare for trial. | 8.40 | $3,738.00 |
| 10/31/2021 | RED | Trial preparation. | 8.10 | $3,604.50 |
| 11/1/2021 | RED | Prepare for and attend trial. | 16.70 | $7,431.50 |
| 11/2/2021 | RED | Prepare for and attend trial. | 16.50 | $7,342.50 |

**Continued On Next Page**

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/4/2021 | RED | Receive and review Minute Entry for November 1, 2021, Minute Entry for November 2, 2021, and exhibits thereto, admitted exhibits list, Bailiff and Meal Entry and jury verdicts (redacted and unredacted); e-mail to Atty Rosenbaum re:  trial results, attorney fee petition and status. | 0.60 | $267.00 |
| 11/10/2021 | RED | Receive and review letter from Atty Brown re: payment instructions. | 0.10 | $44.50 |
| 11/12/2021 | RED | Telephone conference with Atty Keller re: response to request for payment instructions. | 0.20 | $89.00 |
| 11/12/2021 | RED | Receive e-mail from Atty Keller to Atty Brown re:  payment instructions, settlement and post-trial discovery. | 0.10 | $44.50 |
| 11/18/2021 | RED | Telephone conference with Atty Keller re:  fee application strategy. | 0.20 | $89.00 |
| 11/21/2021 | RED | Telephone conference with Atty Keller re: attorney fee strategy, including ██████████; e-mail to Atty Rosenbaum re: her affidavits for fee petition. | 0.70 | $311.50 |
| 11/23/2021 | RED | Letter from Atty Brown re:  settlement; e-mails from Attys Brown and Keller re:  Atty Brown's letter and settlement; telephone conference with Atty Keller re:  Defendants' deceptive attempt to get us to accept settlement while making it appear to be a satisfaction of the jury's verdict. | 0.50 | $222.50 |
| 11/30/2021 | RED | Receive and review attorney fee discovery from Defendants; e-mails from/to Atty Keller re:  same, tender of funds by Defendants to "satisfy" the judgment and strategy responding to the discovery. | 0.30 | $133.50 |
| 12/2/2021 | RED | E-mail to Atty Rosenbaum re:  attorney fee petition supporting documents. | 0.20 | $89.00 |
| 12/2/2021 | RED | Telephone conference with Ms. Richards re: ███████████████████████ telephone conference with Atty Keller re:  same, advising Ms. Richards of Defendants' shenanigans regarding payment of jury verdict and strategy in handling Defendants' deceptive tender of funds. | 0.50 | $222.50 |

**Continued On Next Page**

**Client Number:** RICHARDSN                    12/30/2021
**Matter Number:** 448                                   Page: 17

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/2021 | RED | Telephone conference with Atty Keller re: motion to tender funds into the Court and possible issues with same and proposed stipulation concerning same; review draft stipulation re: tender of funds; telephone conference with Ms. Richards and Atty Keller re: ▉▉▉▉▉▉▉▉ | 0.60 | $267.00 |
| 12/7/2021 | RED | Telephone conference with Atty Keller re: Atty Brown's rejection of stipulation; receive and review Plaintiff's Motion to Deposit Funds. | 0.20 | $89.00 |
| 12/9/2021 | RED | Receive and review draft declaration from Atty Rosenbaum and her time records; telephone conference with Atty Keller re: same, fee petition strategy, Motion to Deposit Funds and strategy concerning same. | 0.90 | $400.50 |
| 12/20/2021 | RED | Study response to Motion to Deposit Funds; legal research re: issues raised by response; draft and file reply brief in support of Motion to Deposit Funds. | 2.80 | $1,246.00 |
| 12/27/2021 | RED | Receive and review Order Granting Motion to Deposit Funds and compare order to parties' filings. | 0.20 | $89.00 |
| 12/28/2021 | RED | Receive and review Order granting motion for extension of time to respond to discovery. | 0.10 | $44.50 |

                                    **Billable Hours / Fees:**   **308.70**   **$137,371.50**

---

## Timekeeper Summary

Timekeeper RED worked 308.70 hours at $445.00 per hour, totaling $137,371.50.

---

## Cost Detail

| **Date** | **Description** | **Amount** |
|---|---|---|
| 2/9/2017 | Filing fee | $400.00 |
| | **Payee:** Southern District of Indiana - USDC | |
| 11/28/2017 | Parking for settlement conference | $24.00 |
| 11/28/2017 | Mileage to settlement conferencee | $28.89 |
| 12/18/2017 | Mileage to Officer Dobbs Deposition | $29.43 |
| 12/18/2017 | Parking for Officer Dobbs Deposition | $18.00 |
| 12/22/2017 | Mileage to Officer McEvilly Deposition | $29.43 |
| 12/22/2017 | Parking for Officer McEvilly Deposition | $4.50 |
| 1/30/2018 | Mileage to Mediation with Paul Petticrew | $20.71 |
| 2/9/2018 | Mediation with Paul Petticrew | $500.00 |

**Continued On Next Page**

| | | |
|---|---|---|
| **Client Number:** | RICHARDSN | 12/30/2021 |
| **Matter Number:** | 448 | Page:  18 |

**Payee:**  National A.D.R. Services, Inc.

| | | |
|---|---|---|
| 2/20/2018 | Richards, Bautista, Martin, Ellis, Dobbs, McEvilly Depositions | $1,057.20 |
| | **Payee:**  StewartRichardson Deposition Services | |
| 1/25/2019 | VENDOR:Southern District of Indiana Clerk of Court; INVOICE#:;DATE:1/25/2019 - Filing Fee Seventh Circuit Filing fee | $505.00 |
| | **Payee:**  Southern District of Indiana Clerk of Court | |
| 2/21/2020 | VENDOR:Public Citizen Litigation Group; INVOICE#:;DATE:2/21/2020 - Travel Expenses Adina Rosenbaum's travel expenses to Seventh Circuit oral argument | $545.81 |
| | **Payee:**  Public Citizen Litigation Group | |
| 10/19/2021 | Vendor: Matthew Ellis; Date: 10/19/2021 - Witness and Mileage Fees - Matthew Ellis Witness Fee | $53.44 |
| | **Payee:**  Matthew Ellis | |

**Total Costs**    **$3,216.41**

## Current Invoice Summary

| | |
|---:|:---|
| **Current Fees:** | $137,371.50 |
| **Advanced Costs:** | $3,216.41 |
| **TOTAL AMOUNT DUE:** | **$140,587.91** |

Thank You for Letting Us Serve You.
Payment Due Upon Receipt.