UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICHOLE L. RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-00409-TWP-MPB ) |
| PAR, INC., LAWRENCE TOWING, LLC, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**.

Judgment is entered in favor of Plaintiff and against Defendants. On November 2, 2021, the jury returned verdicts as follows: Count 1 as to the Fair Debt Collection Practices Act finding Defendant Lawrence Towing LLC liable in the amount of $5,167.97, Count II as to the Indiana Crime Victims Relief Act finding Lawrence Towing LLC liable in the amount of $4,285.00, Count I as to the Fair Debt Collection Practices Act finding Par, Inc. liable in the amount of $26.00 and Count II as to the Indiana Crime Victims Relief Act finding Par, Inc liable in the amount of $4,285.00. On August 16, 2022, the Court awarded Plaintiff attorneys' fees and costs in the amount of $243,404.89.

This action is now **TERMINATED** and this case **CLOSED**.

IT IS SO ORDERED.

Date: 3/29/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Gregory M. Bokota
Garan Lucow Miller P.C.
GBokota@garanlucow.com

Timothy James Brown
GARAN LUCOW MILLER, P.C.
tbrown@garanlucow.com

Jennifer E. Davis
GARAN LUCOW MILLER PC
jdavis@garanlucow.com

Robert E. Duff
INDIANA CONSUMER LAW GROUP
robert@robertdufflaw.com

Duran Keller
KELLER LAW LLP
duran@kellerlawllp.com

Courtney A. Krause
GARAN LUCOW MILLER, P.C.
ckrause@garanlucow.com

Nicholas Knowlson Rohner
WELTMAN WEINBERG & REIS LPA
nrohner@weltman.com